UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:05-cr-481-T-23EAJ

IRENO LUIS DELGADO
_____/

## **ORDER**

Magistrate Judge Elizabeth Jenkins recommends (Doc. 527) that the court deny as moot third-party petitions by the Hillsborough County Tax Collector (Doc. 491), PPTS CB Corp. (Doc. 504), and Wachovia Bank, National Association (Doc. 508) asserting interest in various parcels of real property.  Because these claims have been settled (Docs. 521, 522, 523), the court adopts the report and recommendation with regard to these claims and **DENIES AS MOOT** these third-party petitions.

Carmen Fernandez filed a "Verified Statement of Interest" (Doc. 483) in real property located in Tampa, Florida, at (1) 6802 North Armenia Avenue, (2) 500 West Dr. Martin Luther King Jr. Boulevard, and (3) 3918 North Darwin Avenue.  Asserting fraudulent transfer by the defendant to Fernandez, the United States moved (Doc. 512) for a writ of entry and permission to evict a tenant, among other things, to which Fernandez objected (Doc. 516).

Fernandez' interest in the property had not been adjudicated at the time of the August 15, 2007, hearing, and Magistrate Judge Jenkins recommended granting in part and denying in part the United States' motion.  Fernandez objected (Doc. 529).

On November 4, 2007, the United States and Fernandez filed a "Stipulated Settlement Agreement," which agreement includes disposition of Fernandez' claims to the real property referenced above.  Accordingly, the United States' motion "For a Writ of Entry and Notice of Eviction" (Doc. 512) is **DENIED as MOOT**.

Finally, Jose Hernandez-Sosa's motion to withdraw as counsel for Fernandez is **GRANTED**.

ORDERED in Tampa, Florida, on November 19, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE